DAVID J. BEAUVAIS (CA Bar # 84275)
1840 Woolsey Street
Berkeley, California 94703
Telephone: (510) 845-0504
Facsimile: (510) 540-4821

Attorney for Plaintiffs
THOMAS ROGERS and
SHELBY ROGERS through their
Guardian Ad Litem, STEVEN KAHNCOOK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROGERS, et al., | No. Civ.S.-02-1961 DFL (JFM) |
| Plaintiffs, | **ORDER ON PETITION TO APPROVE CLAIM OF THE MINOR THOMAS ROGERS** |
| vs. | |
| COUNTY OF SAN JOAQUIN, et al., | |
| Defendants. | |

The court having considered the Petition for Approval of Minors' Claims of STEVEN KAHNCOOK, guardian ad litem for the minor THOMAS ROGERS, and good cause appearing therefor:

The court finds that the proposed settlement is in the best interests of the minor and that the amounts requested for payment of attorney's and costs is reasonable.

**IT IS HEREBY ORDERED** that the sum of $8,697.73 be deposited in an interest-bearing FDIC-insured account or certificate of deposit at World Savings, Stockton, California in the names of the parents as guardians for the minor, Thomas Rogers.

1 | The funds shall not be withdrawn without prior order of this court except that on or before
2 | April 15, 2006 the parents may withdraw any funds necessary to pay federal and state income
3 | taxes on the minor's share of the settlement.
4 | The remaining funds shall be disbursed to Thomas Rogers on July 15, 2014, the date that
5 | he attains majority, without further order of this court.
6 | DATED: 5/3/2005

_____
DAVID F. LEVI
United States District Judge