1  DAVID J. BEAUVAIS (CA Bar # 84275)
   1840 Woolsey Street
2  Berkeley, California 94703
   Telephone: (510) 845-0504
3  Facsimile:  (510) 540-4821

4  Attorney for Plaintiffs
   THOMAS ROGERS and
5  SHELBY ROGERS through their
   Guardian Ad Litem, STEVEN KAHNCOOK
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  THOMAS ROGERS, et al.,            )  No.  Civ.S.-02-1961 DFL (JFM)
                                      )
12                                    )
                    Plaintiffs,       )  **ORDER ON PETITION TO APPROVE**
13                                    )  **CLAIM OF THE MINOR SHELBY**
                                      )  **ROGERS**
14       vs.                          )
                                      )
15                                    )
                                      )
16  COUNTY OF SAN JOAQUIN, et al.,    )
                                      )
17                                    )
                                      )
18                                    )
                    Defendants.       )
19  _____)

20       The court having considered the Petition for Approval of Minors' Claims of STEVEN

21  KAHNCOOK, guardian ad litem for the minor SHELBY ROGERS, and good cause appearing

22  therefor:

23       The court finds that the proposed settlement is in the best interests of the minor and that the

24  amounts requested for payment of attorney's and costs are reasonable.

25       **IT IS HEREBY ORDERED** that the sum of $8,697.73 be deposited in an interest-bearing

26  FDIC-insured account or certificate of deposit at World Savings, Stockton, California in the

27  names of the parents as guardians for the minor, Shelby Rogers.

28

1    The funds shall not be withdrawn without prior order of this court except that on or before
2 April 15, 2006 the parents may withdraw any funds necessary to pay federal and state income
3 taxes on the minor's share of the settlement.
4    The remaining funds shall be disbursed to Shelby Rogers on May 5, 2016, the date that she
5 attains majority, without further order of this court.
6    DATED: 5/3/2005

_____
DAVID F. LEVI
United States District Judge