```
 1 │ DAVID J. BEAUVAIS (CA Bar # 84275)
   │ 1840 Woolsey Street
 2 │ Berkeley, California 94703
   │ Telephone: (510) 845-0504
 3 │
   │ Attorney for Plaintiffs
 4 │
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROGERS, et al., | No.  CIV.S 02-1961 DFL (JFM) |
| Plaintiffs, | |
| vs. | **NOTICE OF DISMISSAL OF DEFENDANT ROYAL AS TO CLAIM OF UNLAWFUL ENTRY ONLY** |
| COUNTY OF SAN JOAQUIN HUMAN SERVICES AGENCY, et al., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that plaintiffs dismiss their claim of unlawful entry as to defendant Charlotta Royal.  Plaintiffs intend that all remaining claims against Royal be preserved including the claim that she removed the children unlawfully from plaintiffs' custody.

DATED: May 5, 2005

/s/ David J. Beauvais
DAVID J. BEAUVAIS
Attorney for Plaintiffs

NOTICE OF DISMISSAL OF CLAIM AGAINST CHARLOTTA ROYAL

IT IS SO ORDERED.

DATED: 5/6/2005

_____
DAVID F. LEVI
United States District Judge