DAVID J. BEAUVAIS (CA Bar # 84275)
1840 Woolsey Street
Berkeley, California 94703
Telephone: (510) 845-0504

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROGERS, et al., | No.  CIV.S 02-1961 DFL (JFM) |
| Plaintiffs, | |
| vs. | **NOTICE OF DISMISSAL OF DEFENDANTS CITY OF LODI AND DENNIS LEWIS** |
| COUNTY OF SAN JOAQUIN HUMAN SERVICES AGENCY, et al., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that plaintiffs dismiss the City of Lodi and Dennis Lewis as defendants in the above-entitled action.  The dismissal is with prejudice.

DATED: May 4, 2005

/s/ David J. Beauvais
DAVID J. BEAUVAIS
Attorney for Plaintiffs

1  IT IS SO ORDERED.

2  DATED: 5/6/2005

_____
DAVID F. LEVI
United States District Judge