DAVID J. BEAUVAIS (CA Bar # 84275)
1904 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile: (510) 832-3610

Attorney for Plaintiffs
THOMAS ROGERS and
SHELBY ROGERS through their
Guardian Ad Litem, STEVEN KAHNCOOK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THOMAS ROGERS, et al.,

            Plaintiffs,

vs.

COUNTY OF SAN JOAQUIN, et al.,

           Defendants.

No. Civ.S.-02-1961 DFL (JFM)

**ORDER ON PETITION TO APPROVE CLAIM OF THE MINOR THOMAS ROGERS**

The court having considered the Petition for Approval of Minors' Claims of STEVEN KAHNCOOK, guardian ad litem for the minor THOMAS ROGERS, and good cause appearing therefor:

The court finds that the proposed settlement is in the best interests of the minor and that the amounts requested for payment of attorney's and costs is reasonable.

**IT IS HEREBY ORDERED** that the sum of $30,360.09 be deposited in an interest-bearing FDIC-insured account or certificate of deposit at Wachovia Bank, Memphis, Tennessee in the name of the father, Thomas Rogers as custodian for the minor, Thomas Rogers.

1 | The funds shall not be withdrawn without prior order of this court except that on or before April 15, 2009 the custodian may withdraw sufficient funds to pay federal and state income taxes on the minor's share of the settlement.

The custodian shall have authority to transfer funds into a different FDIC-insured account or certificates of deposit at Wachovia Bank to assure that the minor receives the maximum return on the invested funds.

The custodian shall have authority to transfer the funds on deposit at Wachovia Bank, Stockton, California to the Wachovia branch in Memphis, Tennessee to be aggregated with the funds directed to be deposited by this order.

The funds shall be disbursed to Thomas Rogers on July 15, 2014, the date that he attains majority, without further order of this court.

DATED: 1/8/08

[signature]
UNITED STATES DISTRICT JUDGE