DANA A. SUNTAG (California State Bar No. 125127)
SUNTAG & FEUERSTEIN
A Professional Corporation
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California 95202
Telephone: (209) 943-2004
Facsimile: (209) 943-0905
Dana@Suntag-Feuerstein.com

KIMBERLY JOHNSON (State Bar No. 191536)
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL
 OF SAN JOAQUIN
County of San Joaquin
Courthouse - Room 711
222 East Weber Avenue
Stockton, California 95202
Telephone: (209) 468-2980

Attorneys for Defendant
CHARLOTTA ROYAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROGERS, an individual, NICOLE ROGERS, an individual and in her capacity as Guardian ad litem for THOMAS R. ROGERS, a minor, and SHELBY ROGERS, a minor,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>COUNTY OF SAN JOAQUIN HUMAN SERVICES AGENCY, et al.<br><br>　　　　　Defendants. | No. 2:02-CV-01961 RRB JFM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

STIPULATION AND ORDER
FOR DISMISSAL OF CASE WITH PREJUDICE     1

1  WHEREAS, the only parties remaining in this case are each Plaintiff and Defendant Charlotta Royal;

IT IS STIPULATED AND AGREED, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, by and between each Plaintiff and Defendant Charlotta Royal, through their undersigned counsel of record, that this entire case be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated:  February 28, 2008          By:  /s/ David J. Beauvais
                                        DAVID J. BEAUVAIS
                                        Attorneys for all Plaintiffs

Dated:  February 28, 2008          SUNTAG & FEUERSTEIN
                                   A Professional Corporation


                                   By:  /s/ Dana A. Suntag
                                        DANA A. SUNTAG
                                        Attorneys for Defendant
                                        CHARLOTTA ROYAL

O R D E R

IT IS SO ORDERED.

Dated: February 28, 2008
                                   /s/ Ralph R. Beistline
                                   UNITED STATES DISTRICT JUDGE